IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE OF PRE SOLUTIONS, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff PRE Solutions, Inc., by and through its undersigned attorneys, hereby certifies as follows:

1. Plaintiff PRE Solutions, Inc. is a wholly-owned subsidiary of PRE Holdings, Inc., a privately held corporation. PRE Holdings, Inc., in turn, is a wholly-owned subsidiary of InComm Holdings, Inc., also a privately held corporation.

2. Plaintiff has no publicly held corporate parents, subsidiaries or affiliates.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael L. Turrill
Michael L. Resch
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1804 – Telephone

By _____
Richard L. Horwitz (Del. Bar 2246)
Jennifer Gimler Brady (Del. Bar. 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

(213) 892-2300 – Facsimile

Dated: May 3, 2007
792927v1 / 31061

(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
rhorwitz@potteranderson.com - Email
jbrady@potteranderson.com - Email

*Attorneys for Plaintiff PRE Solutions, Inc.*