# United States District Court

## District of Delaware

PRE SOLUTIONS, INC.,

        Plaintiff,

v.

BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-241

**TO:** (Name and Address of Defendant)

Safeway, Inc.
c/o United States Corporation Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esquire (#2246)
Jennifer Gimler Brady, Esquire (#2874)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000 - Telephone

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          MAY 0 3 2007

CLERK          DATE

BY DEPUTY CLERK

AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/3/07 |
| NAME OF SERVER (PRINT) WILLIAM THEIS | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): PERSONALLY SERVED SAFEWAY, INC by SERVING its REGISTERED AGENT, THE UNITED STATES CORP CO. AT 2711 CENTERVILLE RD, WILM DE 19808 AT 1:22PM PERSON ACCEPTING: MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/3/07
                    Date

Signature of Server  William Theis

Address of Server  230 N MARKET ST
                                 WILM DE 19801

792972v1

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.