# United States District Court

## District of Delaware

PRE SOLUTIONS, INC.,

      Plaintiff,

v.

BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 - 241

TO: (Name and Address of Defendant)

Blackhawk Network, Inc.
c/o Secretary of State
State of Delaware
Townsend Building
Dover, Delaware 19901

Blackhawk Network, Inc.
c/o Corporation Service Company
2338 W. Royal Palm Road, Suite J
Phoenix, Arizona 85021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esquire (#2246)
Jennifer Gimler Brady, Esquire (#2874)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000 - Telephone

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

BY DEPUTY CLERK *[signature]*

MAY 0 3 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/3/2007 |
| NAME OF SERVER (PRINT) John Pappas | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Secretary of State, State of Delaware, Townsend Blvd., Dover, DE 19901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/3/2007
        Date

Signature of Server: *John Pappas*

Address of Server
15 E North St
Dover, DE 19901

792972v1

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.