IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation,<br><br>      Plaintiff,<br><br>v.<br><br>BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation,<br><br>      Defendants. | Civil Action No. 07-241 (***)<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE    )
                                 ) ss:
COUNTY OF NEW CASTLE  )

I, Jennifer Gimler Brady, being duly sworn, deposes and says:

1.     I am an attorney admitted to practice before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for Pre Solutions, Inc. ("Pre Solutions"), plaintiffs herein.

2.     On May 9, 2007, I caused to be mailed by certified mail, return receipt requested, a letter enclosing a copy of the complaint, pursuant to 10 Del.C. § 3104, to Blackhawk Network, Inc. c/o Corporation Service Company, 2338 W. Royal Palm Road, Suite J, Phoenix, Arizona 85021 attached as Exhibit A. The document was received by an authorized representative on May 14, 2007, as evidenced by the return receipt attached as Exhibit B.

Dated this 21st day of May, 2007.

*[signature]*
Jennifer Gimler Brady (#2874)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

*[signature]*
Notary Public
My commission expires: 4-9-08

796404v1 / 31061

# EXHIBIT A



# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Jennifer Gimler Brady**
**Partner**
Attorney at Law
jbrady@potteranderson.com
302 984-6042 Direct Phone
302 658-1192 Fax

May 9, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Blackhawk Network, Inc.
c/o Corporation Service Company
2338 W. Royal Palm Road, Suite J
Phoenix, Arizona 85021

Re:  **Pre Solutions, Inc. v. Blackhawk Network, Inc., et al., C.A. No. 07-241**

Dear Sir/Madam:

You have been named as a defendant in the above-captioned civil action filed in the United States District Court for the District of Delaware on May 3, 2007. In accordance with the provisions of 10 Del. C. § 3104, enclosed herewith is a copy of the Summons and Complaint served upon the Secretary of State of the State of Delaware on May 3, 2007 in connection with the above-captioned case.

The purpose of this letter is to advise you that service of the original of such process has been made upon the Secretary of State of the State of Delaware, and that under 10 Del. C. § 3104, such service is as effectual for all intents and purposes as if it had been made upon you personally within this State.

Very truly yours,

Jennifer Gimler Brady

JGB/drt
Enclosures

794279 / 31061



# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery 5/14/07 |
| 1. Article Addressed to:<br><br>BLACKHAWK NETWORK, INC.<br>c/o CORPORATION SERVICE COMPANY<br>2338 W. ROYAL PALM ROAD, SUITE J<br>PHOENIX, AZ 85021 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☑ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)*  RB 858 342 575 US | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

