IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-241 (***) |
| BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**STIPULATION AND ORDER**
**EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Pre Solutions, Inc. ("Plaintiff"), and Defendants Blackhawk Network, Inc. and Safeway, Inc. ("Defendants") through their respective undersigned counsel, stipulate as follows:

WHEREAS, the date by which Defendants Safeway Inc. and Blackhawk Network, Inc. must respond to the Complaint is currently May 23, 2007 and May 24, 2007, respectively; and

WHEREAS, the parties desire additional time to consider the allegations raised in the Complaint and discuss the potential early resolution of this action;

NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court so order, that the date by which Defendants must file and serve a response to the Complaint be continued by thirty (30) days, up to and including June 25, 2007.

| POTTER ANDERSON & CORROON LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|---|---|
| By /s/ Jennifer Gimler Brady<br>    Richard L. Horwitz (Del. Bar 2246)<br>    Jennifer Gimler Brady (Del. Bar. 2874)<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000 – Telephone<br>    (302) 658-1192 – Facsimile<br>    rhorwitz@potteranderson.com<br>    jbrady@potteranderson.com<br><br>*Attorneys for Plaintiff* | By /s/ Theodore A. Kittila<br>    Theodore A. Kittila  (Del. Bar 3963)<br>    75 E. 55th St.<br>    New York, New York 10022<br>    (212) 318-6000 – Telephone<br><br>    - and -<br><br>    John P. Phillips<br>    Jason K. Sonoda<br>    55 Second Street, 24th Floor<br>    San Francisco, CA  94105-3441<br>    (415) 856-7000 – Telephone<br><br>*Attorneys for Defendants**<br><br>\* Pursuant to Rule 83.5(e), counsel for defendants will obtain local counsel within thirty (30) days from this initial filing with the Court. |

OF COUNSEL:

Michael L. Turrill
Michael L. Resch
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA  90071
(213) 892-1804 – Telephone
(213) 892-2300 – Facsimile

Dated: May 22, 2007
796904v1 / 31061

 

SO ORDERED this _____ day of _____, 2007.


_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify this 22nd day of May, 2007, that a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** was served via electronic mail and U.S. First Class Mail, postage prepaid, to the following counsel for defendants:

>Theodore A. Kittila  (Del. Bar 3963)
>PAUL, HASTINGS, JANOFSKY &
>   WALKER LLP
>75 E. 55th St.
>New York, New York 10022
>         - and -
>John P. Phillips
>Jason K. Sonoda
>PAUL, HASTINGS, JANOFSKY &
>   WALKER LLP
>55 Second Street, 24th Floor
>San Francisco, CA  94105-3441
>
>theodorekittila@paulhastings.com -- Email
>johnphillips@paulhastings.com -- Email
>jasonsonoda@paulhastings.com - Email

>*(signature)*
>Jennifer Gimler Brady (#2874)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE  19801
>(302) 984-6042 (Telephone)
>(302) 658-1192 (Facsimile)
>jbrady@potteranderson.com (Email)