IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY INC., a Delaware corporation,<br><br>        Defendants. | Civil Action No. 07-241 (***) |

## DISCLOSURE OF SAFEWAY INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, defendant Safeway Inc., by and through its undersigned attorneys, hereby certifies as follows:

1. Defendant Safeway Inc. has no parent corporations.

2. The following publicly-held corporations own more than 10% of the stock of defendant Safeway Inc.: FMR Corp and AXA Financial, Inc.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ S. Mark Hurd |
| OF COUNSEL: | S. Mark Hurd (#3297) |
| | John P. DiTomo (#4850) |
| John P. Phillips | 1201 N. Market Street |
| Jason K. Sonoda | Wilmington, DE 19899-1347 |
| PAUL, HASTINGS, JANOFSKY & | (302) 658-9200 |
| WALKER LLP | *Attorneys for Defendant* |
| 55 Second Street | |
| Twenty-Fourth Floor | |
| San Francisco, CA 94105-3441 | |
| (415) 856-7000 | |

June 25, 2007

871405.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I caused the forgoing Disclosure of Safeway Inc. pursuant to Federal Rule of Civil Procedure 7.1 to be electronically filed with the Clerk of the Court using the CM/ECF which will send electronic notification of such filing to the following:

Richard L. Horwitz, Esquire
Jennifer Gimler Brady, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

_____
/S: Mark Hurd (#3297)

871405.1