IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-241 (***) |
| BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DISCLOSURE OF BLACKHAWK NETWORK, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, defendant Blackhawk Network, Inc., by and through its undersigned attorneys, hereby certifies as follows:

1. Defendant Blackhawk Network, Inc. is a majority-owned subsidiary of Safeway Inc., a public corporation.

2. No other publicly held corporation owns more than 10% of the stock of defendant Blackhawk Network, Inc.

<table>
<tr><td>

OF COUNSEL:

John P. Phillips
Jason K. Sonoda
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
(415) 856-7000

June 25, 2007

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
S. Mark Hurd (#3297)
John P. DiTomo (#4850)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
 *Attorneys for Defendant*

</td></tr>
</table>

871859.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I caused the Disclosure of Blackhawk Network, Inc. Pursuant to Federal Rule of Civil Procedure 7.1 to be electronically filed with the Clerk of the Court using the CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esquire
>Jennifer Gimler Brady, Esquire
>Potter, Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

/s/ S. Mark Hurd
S. Mark Hurd (#3297)

871859.1