

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Jennifer Gimler Brady**
Attorney at Law
jbrady@potteranderson.com
302 984-6042  Direct Phone
302 658-1192  Fax

August 2, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:  **PRE Solutions, Inc. v. Blackhawk Network, Inc. et al.**
         **C. A. No. 07-241 (***)**

Dear Judge Thynge:

    In anticipation of the scheduling teleconference set for August 7, 2007 at 4:00 p.m., enclosed for Your Honor's consideration is the parties' proposed Scheduling Order pertaining to the above-referenced matter. Counsel are available at the Court's convenience should Your Honor have any questions.

         Respectfully submitted,

         /s/ *Jennifer Gimler Brady*

         Jennifer Gimler Brady

Enclosure
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via e-filing)
810478