## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C. A. No. 07-241-*** |
| BLACKHAWK NETWORK, INC., et al., | : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **10th** day of **August, 2007**.

A scheduling teleconference was held on August 7, 2007 during which the scheduling of pretrial matters was addressed. The directions in that transcript shall serve as an Order of the Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE