## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRE SOLUTIONS, INC., a Georgia )
corporation, )
            )
        Plaintiff, )
            )
     v. )    C.A. No. 07-241 (\*\*\*)
            )
BLACKHAWK NETWORK, INC., )    JURY TRIAL DEMANDED
formerly known as and doing business as )
BLACKHAWK MARKETING )
SERVICES, INC., an Arizona )
corporation; and SAFEWAY, INC., a )
Delaware corporation, )
            )
        Defendants. )

## STIPULATION FOR EXTENSION OF TIME
## TO FILE PROTECTIVE ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the time to file a proposed Protective Order is extended until September 5, 2007.


POTTER ANDERSON & CORROON LLP    MORRIS, NICHOLS, ARSHT & TUNNELL LLP


By  */s/ Richard L. Horwitz*           By  */s/ S. Mark Hurd*
    Richard L. Horwitz (#2246)          S. Mark Hurd (#3297)
    Jennifer Gimler Brady (#2874)        John DiTomo (#4850)
    Hercules Plaza, Sixth Floor         1201 North Market Street
    1313 North Market Street          P. O. Box 1347
    P.O. Box 951               Wilmington, DE  19899
    Wilmington, Delaware 19899-0951    (302) 658-9200 – Telephone
    (302) 984-6000 – Telephone        SHurd@mnat.com
    (302) 658-1192 – Facsimile
    rhorwitz@potteranderson.com       *Attorneys for Defendants*
    jbrady@potteranderson.com


*Attorneys for Plaintiff*

OF COUNSEL:

Michael L. Turrill
Michael L. Resch
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1804 – Telephone
(213) 892-2300 – Facsimile

Dated:  August 20, 2007
813552 / 31061

OF COUNSEL:

John P. Phillips
Jason K. Sonoda
PAUL, HASTINGS, JANOFSKY &
  WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
(415) 856-7000 – Telephone

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge