# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

John P. DiTomo
302 351 9329
302 425 3087 Fax
jditomo@mnat.com

September 17, 2007

*VIA ELECTRONIC FILING AND HAND DELIVERY*

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *PreSolutions, Inc. v. Blackhawk Network, Inc., et al.*
               C. A. No. 07-241 (\*\*\*)

Dear Judge Thynge:

       I write on behalf of Defendants Blackhawk Network, Inc. and Safeway, Inc. in the above-captioned case and enclose for Your Honor's consideration a letter submitted by my colleagues on behalf of both parties and which concerns the Stipulated Protective Order filed with the Court on September 5, 2007.

       Counsel is available should Your Honor have any questions.

                        Respectfully,

                        John P. DiTomo (#4850)

JPD/blh

Enclosure

cc:  Counsel of Record (via e-filing)

# Paul*Hastings*

Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
telephone 415-856-7000 • facsimile 415-856-7100 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(415) 856-7085
jasonsonoda@paulhastings.com

September 14, 2007

71128.00003

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:  *PreSolutions, Inc. v. Blackhawk Network, Inc., et al.*, C.A. No. 07-241 (***)

Dear Judge Thynge:

We write on behalf of both parties concerning the Stipulation for Protective Order Re: Confidential Information and Related Matters ("Stipulated Protective Order") filed with the Court on September 5, 2007. The parties are currently engaged in settlement discussions pursuant to which the parties intend to exchange documents and information that would be covered by the Stipulated Protective Order. Accordingly, we write to request, if the Stipulated Protective Order is satisfactory to the Court, that the Court sign and enter the Stipulated Protective Order as soon as possible.

Very truly yours,

Jason K. Sonoda
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

JKS:ca

cc:  Counsel of Record (via e-filing)

LEGAL_US_W # 57081662.1