IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-241 (***) |
| BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on November 30, 2007, true and correct copies of the following:

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT BLACKHAWK NETWORK, INC.**

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT BLACKHAWK NETWORK, INC.**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BLACKHAWK NETWORK, INC.**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT SAFEWAY, INC.**

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT SAFEWAY, INC.**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SAFEWAY, INC.**

**PLAINTIFF'S RULE 26(A)(1) DISCLOSURES**

were served to the following counsel of record in the manner indicated:

**VIA FEDERAL EXPRESS**
John P. Phillips, Esquire
Jason K. Sonada, Esquire
Paul, Hastings, Janofsky & Walker, LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441

**VIA FIRST CLASS, U.S.MAIL (postage prepaid)**
S. Mark Hurd, Esquire
John Ditomo, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By /s/ Jennifer Gimler Brady
Richard L. Horwitz (Del. Bar 2246)
Jennifer Gimler Brady (Del. Bar. 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
rhorwitz@potteranderson.com
jbrady@potteranderson.com

OF COUNSEL:

Michael L. Turrill
Michael L. Resch
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1804 – Telephone
(213) 892-2300 – Facsimile

Dated: December 3, 2007
835127v1 / 31061

*Attorneys for Plaintiff Pre Solutions, Inc.*