IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 07-241 |
| v. | ) ) | |
| BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of DEFENDANT BLACKHAWK NETWORK, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF; DEFENDANT BLACKHAWK NETWORK, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF; and DEFENDANT BLACKHAWK NETWORK, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF were caused to be served on January 31, 2008 upon the following counsel of record as indicated below:

**BY HAND**

Richard L. Horwitz, Esquire
Jennifer Gimler Brady, Esquire
Potter, Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

**BY E-MAIL AND U.S. MAIL**

Michael L. Turrill, Esquire
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
TurrillM@howrey.com

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ John P. DiTomo*

                    _____
                    S. Mark Hurd (#3297)
                    John P. DiTomo (#4850)
                    1201 North Market Street
                    P. O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    jditomo@mnat.com
                        *Attorneys for Defendant*

OF COUNSEL:

John P. Phillips
Jason K. Sonoda
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
(415) 856-7000

January 31, 2008
1446034

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 31, 2008, copies of the forgoing NOTICE OF SERVICE were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz, Esquire
>Jennifer Gimler Brady, Esquire
>Michal L. Turrill, Esquire

I also certify that copies were caused to be served on January 31, 2008, upon the following in the manner indicated:

>**BY HAND**
>
>Richard L. Horwitz, Esquire
>Jennifer Gimler Brady, Esquire
>Potter, Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE 19801
>
>**BY E-MAIL AND U.S. MAIL**
>
>Michael L. Turrill, Esquire
>Howrey LLP
>550 South Hope Street, Suite 1100
>Los Angeles, CA 90071
>TurrillM@howrey.com

>/s/ John P. DiTomo
>_____
>John P. DiTomo (#4850)