## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-241 (JJF) ) |
| BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation, | ) JURY TRIAL DEMANDED ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DEPOSITION OF SUZAN ROWLAND

TO:  S. Mark Hurd (Del. Bar 3297)
     MORRIS NICHOLS ARSHT & TUNNELL LLP
     1201 North Market Street
     Wilmington, Delaware 19899-1347

     John P. Phillips
     Jason K. Sonoda
     PAUL, HASTINGS, JANOFSKY & WALKER LLP
     55 Second Street
     Twenty-Fourth Floor
     San Francisco, California 94105-3441

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30 and

Delaware Local Rules 30.1 through 30.6, Plaintiff Pre Solutions, Inc. ("Pre Solutions"), through

its attorneys of record, will take the deposition of Suzan Rowland. The deposition will

commence at 9:00 a.m. on February 26, 2008, at the offices of Howrey LLP, 525 Market Street,

Suite 3600, San Francisco, CA 94105.

The deposition will be taken before a notary public, duly authorized to administer oaths

and transcribe the testimony of the deponent and will be videotaped. Plaintiff may use LiveNote

during the deposition. The deposition may continue from day to day, Saturdays, Sundays and

holidays excluded, until completed.

POTTER ANDERSON & CORROON LLP

By _____

OF COUNSEL:

Michael L. Turrill
Michael L. Resch
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1804 – Telephone
(213) 892-2300 – Facsimile

Richard L. Horwitz (Del. Bar 2246)
Jennifer Gimler Brady (Del. Bar 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
rhorwitz@potteranderson.com
jbrady@potteranderson.com

*Attorneys for Plaintiff Pre Solutions, Inc.*

Dated: February 8, 2008
847296v1 / 31061

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 8th day of February, 2008, that the foregoing **NOTICE OF DEPOSITION OF SUZAN ROWLAND** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy thereof was served in the manner indicated to the following:

**HAND DELIVERY**
S. Mark Hurd (Del. Bar 3297)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware 19899-1347

**FIRST CLASS MAIL, POSTAGE PREPAID**
John P. Phillips
Jason K. Sonoda
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105-3441

Jennifer Gimler Brady (Del. Bar 2874)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com

*Attorney for Plaintiff Pre Solutions, Inc.*