IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-241 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF PHIL MORAN

TO:    S. Mark Hurd (Del. Bar 3297)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware 19899-1347

John P. Phillips
Jason K. Sonoda
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105-3441

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30 and Delaware Local Rules 30.1 through 30.6, Plaintiff Pre Solutions, Inc. ("Pre Solutions"), through its attorneys of record, will take the deposition of Phil Moran. The deposition will commence at 9:00 a.m. on February 27, 2008, at the offices of Howrey LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105.

The deposition will be taken before a notary public, duly authorized to administer oaths and transcribe the testimony of the deponent and will be videotaped. Plaintiff may use LiveNote during the deposition. The deposition may continue from day to day, Saturdays, Sundays and

holidays excluded, until completed.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL:<br><br>Michael L. Turrill<br>Michael L. Resch<br>HOWREY LLP<br>550 S. Hope Street, Suite 1100<br>Los Angeles, CA  90071<br>(213) 892-1804 – Telephone<br>(213) 892-2300 – Facsimile | By *[signature]*<br>Richard L. Horwitz (Del. Bar 2246)<br>Jennifer Gimler Brady (Del. Bar. 2874)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000 – Telephone<br>(302) 658-1192 – Facsimile<br>rhorwitz@potteranderson.com<br>jbrady@potteranderson.com<br><br>*Attorneys for Plaintiff Pre Solutions, Inc.* |

Dated:  February 8, 2008
847294v1 / 31061

-2-

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 8th day of February, 2008, that the foregoing **NOTICE OF DEPOSITION OF PHIL MORAN** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy thereof was served in the manner indicated to the following:

**HAND DELIVERY**
S. Mark Hurd (Del. Bar 3297)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware 19899-1347

**FIRST CLASS MAIL, POSTAGE PREPAID**
John P. Phillips
Jason K. Sonoda
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105-3441

Jennifer Gimler Brady (Del. Bar 2874)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com

*Attorney for Plaintiff Pre Solutions, Inc.*