## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRE SOLUTIONS, INC.,  a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-241 (JJF) |
| BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## PARTIES' STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P 41(a)(1)(ii)

WHEREAS, the parties to this case have reached a settlement of their disputes that are the subject matter of this action;

WHEREAS, in light of and pursuant to the Settlement Agreement entered by and between the parties hereto,

IT IS HEREBY STIPULATED THAT this case is to be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

POTTER ANDERSON & CORROON LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP


By  */s/ Richard L. Horwitz*               By */s/ S. Mark Hurd*
    Richard L. Horwitz (Del. Bar 2246)          S. Mark Hurd (Del. Bar 3297)
    Jennifer Gimler Brady (Del. Bar. 2874)       John P. DiTomo (Del. Bar 4850)
    Hercules Plaza, Sixth Floor               1201 N. Market Street
    1313 North Market Street                Wilmington, DE 19899-1347
    P.O. Box 951                        (302) 658-9200 – Telephone
    Wilmington, Delaware 19899-0951
    (302) 984-6000 – Telephone            *Attorneys for Defendants*

*Attorneys for Plaintiff Pre Solutions, Inc.*

OF COUNSEL:

Michael L. Turrill
Michael L. Resch
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA  90071
(213) 892-1804 – Telephone
(213) 892-2300 – Facsimile

Dated:  March 25, 2008

OF COUNSEL:

John P. Phillips
Jason K. Sonoda
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
(415) 855-7000 - Telephone

Dated:  March 25, 2008


SO ORDERED this _____ day of _____, 2008.


_____
The Honorable Joseph J. Farnan, Jr.