## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRE SOLUTIONS, INC., a Georgia corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>BLACKHAWK NETWORK, INC., formerly known as and doing business as BLACKHAWK MARKETING SERVICES, INC., an Arizona corporation; and SAFEWAY, INC., a Delaware corporation,<br><br>      Defendants. | Civil Action No. 07-241 (JJF)<br><br>JURY TRIAL DEMANDED |

### PARTIES' STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P 41(a)(1)(ii)

WHEREAS, the parties to this case have reached a settlement of their disputes that are the subject matter of this action;

WHEREAS, in light of and pursuant to the Settlement Agreement entered by and between the parties hereto,

IT IS HEREBY STIPULATED THAT this case is to be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

POTTER ANDERSON & CORROON LLP     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By /s/ Richard L. Horwitz
   Richard L. Horwitz (Del. Bar 2246)
   Jennifer Gimler Brady (Del. Bar. 2874)
   Hercules Plaza, Sixth Floor
   1313 North Market Street
   P.O. Box 951
   Wilmington, Delaware 19899-0951
   (302) 984-6000 – Telephone

*Attorneys for Plaintiff Pre Solutions, Inc.*

By /s/ S. Mark Hurd
   S. Mark Hurd (Del. Bar 3297)
   John P. DiTomo (Del. Bar 4850)
   1201 N. Market Street
   Wilmington, DE 19899-1347
   (302) 658-9200 – Telephone

*Attorneys for Defendants*

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Michael L. Turrill<br>Michael L. Resch<br>HOWREY LLP<br>550 S. Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>(213) 892-1804 – Telephone<br>(213) 892-2300 – Facsimile<br><br>Dated: March 25, 2008 | John P. Phillips<br>Jason K. Sonoda<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105-3441<br>(415) 855-7000 - Telephone<br><br>Dated: March 25, 2008 |

SO ORDERED this 26 day of March, 2008.

_____
The Honorable Joseph J. Farnan, Jr.